**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant Avanos Medical, Inc.*
*d/b/a Halyard Health, Inc.*

Honorable John V. Acosta

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BERENICE CAROL GLOVER, Personal Representative For the Estate of Frank Wayne Glover,<br><br>    Plaintiff,<br><br>  vs.<br><br>AVANOS MEDICAL, INC., dba HALYARD HEALTH, INC., a Delaware Corporation; OREGON HEALTH AND SCIENCE UNIVERSITY, a Public Corporation; DR. MARTIN SCHREIBER, MD; DR. ROBERT MARTINDALE, MD; DR. THOMAS KNOWLES, MD; DR. VALERIE GRIFFETH, MD; DR. JAMES HEILMAN, MD; DR. PHIL VAN, MD; DR. SHANA KUSIN, MD; DR. JOHN MOORHEAD, MD; DR. JACOB ANDERSON, MD; DR. INNA SHNITER, MD; DR. SHANNON APPY, MD; and DR. MOHAMUD DAYA, MD.,<br><br>    Defendants. | Case No. 3:20-cv-01452-AC<br><br>**DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

4852-5317-3193.1
  DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
  DEFENSES
  PAGE 1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

Defendant Avanos Medical, Inc., d/b/a Halyard Health, Inc. (hereinafter, "Avanos")

answers plaintiff's complaint as follows:

## ANSWER TO COMPLAINT

1.

As to paragraph 1, Avanos lacks knowledge and information sufficient to form a belief as

to the truth of the allegations and, therefore, denies the allegations.

2.

As to paragraph 2, Avanos admits only that Berenice Carol Glover was appointed

personal representative for the estate of Frank Wayne Glover.  Avanos lacks knowledge and

information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2

and, therefore, denies the allegations.

3.

As to paragraph 3, Avanos admits only that it is a Delaware corporation with business

contacts in Multnomah County, Oregon.

4.

As to paragraph 4, Avanos avers that the terms "at all material times" and "substantial"

are vague, ambiguous, and improper allegations.  Avanos denies that it operated and did business

in Oregon under the name Halyard Health "at all material times," and denies that it had

"substantial" business contacts with Multnomah County, Oregon.  Avanos admits only that for a

period of time it was formerly known as Halyard Health, Inc. and that it has had business

contacts in Multnomah County, Oregon.

5.

Avanos admits the allegations in paragraph 5.

4852-5317-3193.1
 DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
 DEFENSES
 PAGE 2

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

6.

Paragraph 6 is not directed at Avanos, so no response is required.  To the extent a response is required, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 6 and, therefore, denies the allegations.

7.

Paragraph 7 is not directed at Avanos, so no response is required.  To the extent a response is required, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 7 and, therefore, denies the allegations.

8.

Paragraph 8 is not directed at Avanos, so no response is required.  To the extent a response is required, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 8 and, therefore, denies the allegations.

9.

Paragraph 9 is not directed at Avanos, so no response is required.  To the extent a response is required, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 9 and, therefore, denies the allegations.

10.

Paragraph 10 is not directed at Avanos, so no response is required.  To the extent a response is required, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 10 and, therefore, denies the allegations.

11.

Paragraph 11 is not directed at Avanos, so no response is required.  To the extent a response is required, Avanos lacks knowledge and information sufficient to form a belief as to

4852-5317-3193.1
DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES
PAGE 3

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

the truth of the allegations in paragraph 11 and, therefore, denies the allegations.

12.

Paragraph 12 is not directed at Avanos, so no response is required.  To the extent a

response is required, Avanos lacks knowledge and information sufficient to form a belief as to

the truth of the allegations in paragraph 12 and, therefore, denies the allegations.

13.

Paragraph 13 is not directed at Avanos, so no response is required.  To the extent a

response is required, Avanos lacks knowledge and information sufficient to form a belief as to

the truth of the allegations in paragraph 13 and, therefore, denies the allegations.

14.

Paragraph 14 is not directed at Avanos, so no response is required.  To the extent a

response is required, Avanos lacks knowledge and information sufficient to form a belief as to

the truth of the allegations in paragraph 14 and, therefore, denies the allegations.

15.

Paragraph 15 is not directed at Avanos, so no response is required.  To the extent a

response is required, Avanos lacks knowledge and information sufficient to form a belief as to

the truth of the allegations in paragraph 15 and, therefore, denies the allegations.

16.

Paragraph 16 is not directed at Avanos, so no response is required.  To the extent a

response is required, Avanos lacks knowledge and information sufficient to form a belief as to

the truth of the allegations in paragraph 16 and, therefore, denies the allegations.

/ / /

/ / /

4852-5317-3193.1
  DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
  DEFENSES
  PAGE 4

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

17.

Paragraph 17 is not directed at Avanos, so no response is required.  To the extent a response is required, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 17 and, therefore, denies the allegations.

18.

Paragraph 18 is a statement that contains no allegations, so no response is required.

19.

As to paragraph 19, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

20.

As to paragraph 20, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

21.

As to paragraph 21, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

22.

As to paragraph 22, Avanos lacks knowledge and information sufficient to form a belief as to the truth of the allegations and, therefore, denies the allegations.

23.

Avanos denies the allegations in paragraph 23.

24.

As to paragraph 24, Avanos re-alleges paragraphs 1 through 4 and 19 through 23 of this answer as if fully set forth herein.

4852-5317-3193.1
DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES
PAGE 5

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

25.

Avanos denies the allegations in the second paragraph numbered 24, including

subsections (A) and (B).

26.

Avanos denies the allegations in paragraph 25.

27.

As to paragraph 26, Avanos re-alleges paragraphs 1, 2, and 5 through 23 of this answer as

if fully set forth herein.

28.

Paragraph 27 is not directed at Avanos, so no response is required.  To the extent a

response is required, the allegations are denied.

29.

Paragraph 28 is not directed at Avanos, so no response is required.  To the extent a

response is required, the allegations are denied.

30.

Avanos denies every allegation in the complaint, except as expressly admitted or alleged

above.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Statute of Limitations)

31.

Plaintiff's claim against Avanos is barred, in whole or in part, by the applicable statute of

limitations.

4852-5317-3193.1
  DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
  DEFENSES
  PAGE 6

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Ultimate Repose)

32.

Plaintiff's claim against Avanos is barred, in whole or in part, by the applicable statute of ultimate repose.

## THIRD AFFIRMATIVE DEFENSE

### (Federal Preemption)

33.

Plaintiff's claim against Avanos is barred by the doctrine of federal preemption.

## FOURTH AFFIRMATIVE DEFENSE

### (Fault of Others)

34.

Plaintiff's injuries and damages were caused by the sole and exclusive fault of others.

## FIFTH AFFIRMATIVE DEFENSE

### (Learned Intermediary)

35.

Plaintiff's claim against Avanos is barred because Avanos discharged any duty it owed by providing adequate instructions and warnings regarding proper use of, and risks associated with, the subject product to plaintiff's medical providers, who acted as learned intermediaries in determining whether and how to use the product in plaintiff's care and treatment.

/ / /

/ / /

/ / /

4852-5317-3193.1
  DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
  DEFENSES
  PAGE 7

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## SIXTH AFFIRMATIVE DEFENSE

### (Misuse)

36.

Plaintiff's claim against Avanos is barred because any injuries and damages were caused

by an unforeseeable misuse of the subject product.

## DEMAND FOR JURY TRIAL

37.

Avanos requests a jury trial.

\*\*\*

WHEREFORE, having fully answered plaintiff's complaint and having stated its

affirmative defenses, Avanos requests judgment in its favor, dismissal of plaintiff's claim with

prejudice, and an award of Avanos' costs and disbursements incurred herein.

DATED this 1st day of September, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Emma P. Pelkey*
Eric J. Neiman, OSB #823513
Emma P. Pelkey, OSB #144029
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant Avanos Medical, Inc.*
*d/b/a Halyard Health. Inc.*

4852-5317-3193.1
DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
DEFENSES
PAGE 8

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing **DEFENDANT AVANOS MEDICAL, INC.'S**

**ANSWER AND AFFIRMATIVE DEFENSES** on the following pro se plaintiff and attorneys

by the method indicated below on the 1st day of September, 2020.

***Pro Se Plaintiff:***

Berenice Carol Glover                    ✓   Via First Class Mail
26736 NW Williams Canyon Road          Via Federal Express
Gaston, OR  97119                          Via Facsimile
receivergroup@yahoo.com                    Via Hand-Delivery
                                       ✓   Via E-Mail


***Attorneys for Defendant Oregon Health and***
***Science University:***
                                           Via First Class Mail
Nikola Jones                               Via Federal Express
Kaiti Ferguson                             Via Facsimile
Lindsay Hart LLP                           Via Hand-Delivery
1300 SW 5th Avenue, Suite 3400    ✓   Via E-Mail
Portland, OR  97201
njones@lindsayhart.com
kferguson@lindsayhart.com


LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   */s/ Emma P. Pelkey*
      Eric J. Neiman, OSB #823513
      Emma P. Pelkey, OSB #144029

      *Attorneys for Avanos Medical, Inc. d/b/a*
      *Halyard Health, Inc.*


4852-5317-3193.1
  DEFENDANT AVANOS MEDICAL, INC.'S ANSWER AND AFFIRMATIVE
  DEFENSES
  PAGE 9

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801